# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1829
_____

TONYA CAPALLIA-EASON,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

September 18, 2020


PER CURIAM.

   AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Megan Long, Assistant Public Defender, Tallahassee, for Appellant; Tonya Capallia-Eason, pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.